THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE TULALIP TRIBES, *et al.*, | CASE NO. C17-0652-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HON. JOHN F. KELLY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the briefing schedule (Dkt. No. 11) for the U.S. Coast Guard's motion to dismiss (Dkt. No. 10). The parties seek to extend Plaintiffs' deadline to respond from Monday, July 17, 2017 to Monday, August 7, 2017 and to extend the Coast Guard's deadline to reply from Friday, July 21, 2017 to Friday, August 11, 2017. (Dkt. No. 11 at 1-2.) The motion is GRANTED and the deadlines are EXTENDED as requested. The Clerk is directed to RENOTE the motion to dismiss (Dkt. No. 10) for Friday, August 11, 2017.

//

//

//

1       DATED this 13th day of July 2017.

                                                    <u>William M. McCool</u>
                                                    Clerk of Court

                                                    <u>s/Paula McNabb   </u>
                                                    Deputy Clerk

MINUTE ORDER C17-0652-JCC
PAGE - 2