THE HONORABLE JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE TULALIP TRIBES, et al., | Case No. 2:17-cv-652-MJP |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO MODIFY DEADLINE FOR JOINT STATUS REPORT |
| HON. JOHN F. KELLY, et al., | |
| | NOTED FOR: FRIDAY, NOVEMBER 17, 2017 |
| Defendants. | |

Pursuant to LCR 10(g), Plaintiffs, the Tulalip Tribes and Suquamish Tribe, and Federal Defendants, U.S. Coast Guard *et al.,* ("the Parties") jointly stipulate and request an order modifying the deadline for the Joint Status Report and Discovery Plan currently due on November 20, 2017.

Federal Defendants' Motion to Dismiss (Dkt. # 10) (filed June 26, 2017), is pending. Because resolution of that motion could impact the substance of the Joint Status Report and Discovery Plan or obviate the need for that filing, the Parties have conferred and agree to stipulate to extend the deadline for the Joint Status Report to 21 days after the Court's ruling on Federal Defendants' Motion to Dismiss. The Parties have previously received an extension of 30 days from the Courtroom Deputy per the Court's order regarding initial disclosures (Dkt. # 17).

STIPULATION AND ORDER
Case No. 2:17-cv-652-MJP    -1-

Accordingly, the Parties stipulate and respectfully request an order resetting the deadline for the Joint Status Report for 21 days after the Court's ruling on the Motion to Dismiss.

Respectfully submitted this 17th day of November, 2017.

Presented by

/s/ Stephen D. Mashuda
STEPHEN D. MASHUDA (WSB #36968)
KRISTEN L. BOYLES (WSB #23806)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
smashuda@earthjustice.org
kboyles@earthjustice.org

BRETTNY HARDY (*Pro Hac Vice*)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2142 | Phone
bhardy@earthjustice.org

*Attorneys for Plaintiffs, The Tulalip Tribes and The Suquamish Tribe*

ANNETTE L. HAYES
United States Attorney
BRIAN C. KIPNIS
Assistant United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1671
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: brian.kipnis@usdoj.gov

JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief

STIPULATION AND ORDER
Case No. 2:17-cv-652-MJP   -2-

    /s/ *Bradley H. Oliphant\**
BRADLEY H. OLIPHANT, Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace, Ste. 370
Denver, CO 80202
Ph: 303-844-1381/ Fax: 303-844-1350
bradley.oliphant@usdoj.gov
Attorneys for Federal Defendants

*\*Per e-mail authorization*

## ORDER

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

Dated this 20th day of November, 2017.

                                          Marsha J. Pechman
                                          United States District Judge

STIPULATION AND ORDER
Case No. 2:17-cv-652-MJP  -3-