THE HONORABLE JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE TULALIP TRIBES, *et al.*, | Case No. 2:17-cv-652 MJP |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE |
| KIRSTJEN M. NIELSEN, *et al.*, | |
| Defendants. | |

|   |   |
|---|---|
| 1 | Pursuant to LCR 10(g), Plaintiffs, the Tulalip Tribes and Suquamish Tribe, and Federal Defendants, the U.S. Coast Guard *et al*. ("the Parties"), jointly stipulate and request an order modifying the deadline for Federal Defendants' Answer, currently due on January 31, 2018. |

Pursuant to LCR 10(g), Plaintiffs, the Tulalip Tribes and Suquamish Tribe, and Federal Defendants, the U.S. Coast Guard *et al*. ("the Parties"), jointly stipulate and request an order modifying the deadline for Federal Defendants' Answer, currently due on January 31, 2018.

On January 17, 2018, the Court issued an *Order on Motion to Dismiss*, denying Federal Defendants' motion to dismiss and ordering the Parties to file a Joint Status Report within 21 days of the order. Doc. 21. Under the Federal Rules of Civil Procedure, the deadline for Federal Defendants to file an Answer to Plaintiffs' Complaint is January 31, 2018. The Parties, by and through their respective counsel of record, as identified below, have conferred and agree that it is prudent and appropriate to modestly extend the Answer deadline in order for the Parties to begin exploring the possibility of settling this matter.

Accordingly, the Parties stipulate and respectfully request an order extending the deadline for Federal Defendants to file an Answer to Plaintiffs' Complaint by 28 days and resetting that deadline to February 28, 2018.

Respectfully submitted January 25, 2018.

Presented by

/s/ *Stephen D. Mashuda**
STEPHEN D. MASHUDA (WSB #36968)
KRISTEN L. BOYLES (WSB #23806)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
smashuda@earthjustice.org
kboyles@earthjustice.org

*Attorneys for Plaintiffs, The Tulalip Tribes and The Suquamish Tribe*
**Per email authorization*

Stipulation and Order - 1

Case No. 2:17-cv-652 MJP

ANNETTE L. HAYES
United States Attorney
BRIAN C. KIPNIS
Assistant United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1671
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: brian.kipnis@usdoj.gov

JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief

    /s/ *Bradley H. Oliphant*
BRADLEY H. OLIPHANT, Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace, Ste. 370
Denver, CO  80202
Ph: 303-844-1381 | Fax:  303-844-1350
bradley.oliphant@usdoj.gov
Attorneys for Federal Defendants

## ORDER

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

Dated this ___30th___ day of January, 2018.

                                            Marsha J. Pechman
                                            United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ *Bradley H. Oliphant*
BRADLEY H. OLIPHANT