# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TULALIP TRIBES, et al., | CASE NO. C17-652-MJP |
| Plaintiffs, | ORDER AMENDING THE SCHEDULING ORDER |
| v. | |
| KIRSTJEN M. NIELSEN, et al., | |
| Defendant. | |

The Court, having considered Defendants' Consent Motion to Amend the Scheduling Order, and for good cause shown, hereby GRANTS the Motion. Accordingly, IT IS HEREBY ORDERED that Defendants shall file their administrative record by July 13, 2018.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 14, 2018.

Marsha J. Pechman
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1