# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TULALIP TRIBES, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>                Defendants. | CASE NO. C17-652 MJP<br><br>ORDER AMENDING SCHEDULING ORDER |

    The Court, having considered Defendants' Consent Motion to Amend the Scheduling Order, and for good cause shown, hereby GRANTS the motion. Accordingly,

    IT IS ORDERED that Defendants will file the administrative record by September 13, 2018.

    The Court advises the parties that this is the last extension which will be granted.

ORDER AMENDING SCHEDULING ORDER - 1

1     The clerk is ordered to provide copies of this order to all counsel.

Dated July 6, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge