# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TULALIP TRIBES,<br><br>              Plaintiff,<br><br>   v.<br><br>JOHN F. KELLY,<br><br>              Defendant. | CASE NO. C17-652 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The parties have submitted a Stipulated Motion for Stay of Litigation and Order. Dkt. No. 38. The parties' proposal lacks the following:

1. A date certain for the duration of the stay, or
2. A provision for periodic (e.g., 90-day) status reports to apprise the Court of the progress of the matter.

and the request is therefore DENIED.  The parties are free to resubmit a proposal which addresses the defects noted above.

The clerk is ordered to provide copies of this order to all counsel.

Filed December 13, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
