THE HONORABLE JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE TULALIP TRIBES, et al., | Case No. 2:17-cv-652-MJP |
| Plaintiffs, | |
| v. | STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| KEVIN K. McALEENAN,[1] et al., | |
| Defendants. | |

---

[1] The current officeholders are substituted as defendants. *See* Fed. R. Civ. P. 25(d).

The Court stayed this case on December 20, 2018 pursuant to the parties' stipulated motion. ECF 41. Pursuant to Paragraph 7 of the parties' stipulation (ECF 41) and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs The Tulalip Tribes and Suquamish Tribe, and Federal Defendants United States Coast Guard, et al., (collectively, "the Parties") hereby stipulate to the voluntary dismissal of this action without prejudice.

In order to provide time for the parties to confer in an attempt to resolve Plaintiffs' request for attorneys' fees and costs under 16 U.S.C. § 1540 (g)(4) without the need to involve the Court, the parties stipulate that Plaintiffs' motion for attorneys' fees and costs will be filed no later than September 30, 2019 in the event efforts to resolve any such claim are not productive. Accordingly, the parties stipulate and request an order extending the due date for Plaintiffs to file any such motion until September 30, 2019.

Respectfully submitted this 28th day of June, 2019.

Presented by:

/s/ Stephen D. Mashuda
STEPHEN D. MASHUDA (WSB #36968)
KRISTEN L. BOYLES (WSB #23806)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
smashuda@earthjustice.org
kboyles@earthjustice.org

BRETTNY HARDY (*Pro Hac Vice*)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2142 | Phone
bhardy@earthjustice.org

STIPULATED MOTION FOR DISMISSAL
Case No. 2:17-cv-652-MJP            -1-

*Attorneys for Plaintiffs, The Tulalip Tribes and The Suquamish Tribe*

ANNETTE L. HAYES
United States Attorney
BRIAN C. KIPNIS
Assistant United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1671
Ph: (206) 553-7970/Fax: (206) 553-4073
E-mail: brian.kipnis@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief

   */s/ John H. Martin*
JOHN H. MARTIN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace, Ste. 370
Denver, CO 80202
Ph: 303-844-1383/ Fax: 303-844-1350
john.h.martin@usdoj.gov
Attorneys for Defendants

*Attorneys for Federal Defendants*
*\*Per e-mail authorization*

ORDER

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

Dated this 9th day of July, 2019.

Marsha J. Pechman
United States Senior District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2019, I caused the foregoing to be filed and served upon counsel of record via the Court's CM/ECF filing system, which will send notice of such to all counsel of record.

June 28, 2019 /s/ Stephen D. Mashuda
STEPHEN D. MASHUDA

STIPULATED MOTION FOR DISMISSAL
Case No. 2:17-cv-652-MJP -3-