The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE TULALIP TRIBES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN K. McALEENAN,[1] et al.,<br><br>Defendants. | Case No. 2:17-cv-652-MJP<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS<br><br>NOTED ON MOTION CALENDAR: FRIDAY, SEPTEMBER 27, 2019 |

Pursuant to LCR 10(g), Plaintiffs, the Tulalip Tribes and Suquamish Tribe, and Federal Defendants, U.S. Coast Guard, *et al.,* ("the Parties") jointly stipulate and request an order extending the deadline for Plaintiffs' motion for attorneys' fees and costs under 16 U.S.C. § 1540 (g)(4) by 31 days, from September 30, 2019 to October 31, 2019.

The Court granted the parties stipulated dismissal of this action without prejudice on July 9, 2019. Dkt. 45. That order also provided that Plaintiffs will file an application for attorneys' fees and costs under 16 U.S.C. § 1540 (g)(4) on September 30, 2019 "in the event efforts to resolve any such claim are not productive." *Id*. Since that time, the Parties have initiated, but have not yet completed, a good-faith effort to resolve Plaintiffs' claim for attorneys' fees and costs without the need to further involve the Court. The Parties believe that an

---

[1] The current officeholders are substituted as defendants. *See* Fed. R. Civ. P. 25(d).

STIPULATION TO EXTEND DEADLINE FOR FEE MOTION
Case No. 2:17-cv-652-MJP                    -1-

additional 31 days will allow the parties to conclude those discussions. Accordingly, the Parties stipulate and respectfully request an order extending the due date for any such motion until October 31, 2019, in the event that their ongoing efforts to resolve these claims are not productive.

Respectfully submitted this 27th day of September, 2019.

Presented by:

/s/ Stephen D. Mashuda
STEPHEN D. MASHUDA (WSB #36968)
KRISTEN L. BOYLES (WSB #23806)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
smashuda@earthjustice.org
kboyles@earthjustice.org

BRETTNY HARDY (*Pro Hac Vice*)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2142 | Phone
bhardy@earthjustice.org

*Attorneys for Plaintiffs, The Tulalip Tribes and The Suquamish Tribe*

ANNETTE L. HAYES
United States Attorney
BRIAN C. KIPNIS
Assistant United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1671
Ph: (206) 553-7970/Fax: (206) 553-4073
E-mail: brian.kipnis@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief

STIPULATION TO EXTEND DEADLINE FOR FEE MOTION
Case No. 2:17-cv-652-MJP -2-

*/s/ John H. Martin\**
JOHN H. MARTIN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace, Ste. 370
Denver, CO 80202
Ph: 303-844-1383/ Fax: 303-844-1350
john.h.martin@usdoj.gov
Attorneys for Defendants

*Attorneys for Federal Defendants*
*\*Per e-mail authorization*

ORDER

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

Dated this _1st_ day of _October, 2019.

_____
Marsha J. Pechman
United States Senior District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, I caused the foregoing to be filed and served upon counsel of record via the Court's CM/ECF filing system, which will send notice of such to all counsel of record.

September 27, 2019            /s/ Stephen D. Mashuda
                              STEPHEN D. MASHUDA

STIPULATION TO EXTEND DEADLINE FOR FEE MOTION
Case No. 2:17-cv-652-MJP                -4-